# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## (a) PLAINTIFFS
Pam VanDeursen

## DEFENDANTS
Cambria Enterprises, Inc. and Cambria FabShop - Chicago, Inc.

**(b)** County of Residence of First Listed Plaintiff: Kane
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Michael E. Lavelle, Adam W. Lasker, Lavelle Law Group
218 N. Jefferson St., Suite 203
Chicago, IL 60661, (312) 559-0600

Attorneys (If Known)
Thomas J. Pikorski, Brian P. Roche, Seyfarth Shaw LLP
131 S. Dearborn St., Suite 2400
Chicago, IL 60603, (312) 460-5000

## II. BASIS OF JURISDICTION
[X] 4 Diversity

## III. CITIZENSHIP OF PRINCIPAL PARTIES
- Citizen of This State: PTF [X] 1, DEF [ ] 1
- Incorporated or Principal Place of Business In This State: PTF [ ] 4, DEF [ ] 4
- Incorporated and Principal Place of Business In Another State: PTF [ ] 5, DEF [X] 5

## IV. NATURE OF SUIT
[X] 190 Other Contract

## V. ORIGIN
[X] 2 Removed from State Court

## VI. CAUSE OF ACTION
28 U.S.C. Secs. 1332(a)(1), 1441(a), civil action removed from state court, diversity jurisdiction

## VIII. REQUESTED IN COMPLAINT:
DEMAND $ None
JURY DEMAND: [X] No

## IX. This case
[X] is not a refiling of a previously dismissed action.