**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

PAM VANDEURSEN v.
CAMBRIA ENTERPRISES, INC. and
CAMBRIA FABSHOP-CHICAGO, INC.

Case Number:

```
FILED: APRIL 28, 2008
08CV2416 J. N.
JUDGE DARRAH
MAG. JUDGE KEYS
```

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CAMBRIA ENTERPRISES, INC. and
CAMBRIA FABSHOP-CHICAGO, INC.

| | |
|---|---|
| NAME (Type or print) Brian P. Roche | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Brian P. Roche | |
| FIRM Seyfarth Shaw LLP | |
| STREET ADDRESS 131 S. Dearborn Street, Suite 2400 | |
| CITY/STATE/ZIP Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6270507 | TELEPHONE NUMBER (312) 460-5600 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐