IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAM VANDEURSEN,<br><br>        Plaintiff,<br><br>   v.<br><br>CAMBRIA ENTERPRISES, INC., a Minnesota corporation, CAMBRIA FABSHOP-CHICAGO, INC., a Minnesota corporation,<br><br>        Defendant. | Case No. 08 CV 2416<br><br>Judge Darrah<br><br>Magistrate Judge Keys<br><br>(Removed from Circuit Court of Cook County, Illinois, Case No. 08 CH 15281) |

**CORPORATE AND BUSINESS**
**IDENTITY DISCLOSURE STATEMENT**

Defendants Cambria Enterprises, Inc. and Cambria FabShop-Chicago, Inc., pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, state as follows for their Corporate Disclosure Statement:

Cambria Enterprises, Inc. is the parent company of Cambria FabShop-Chicago, Inc. and owns 100% of its stock. No publicly held company owns a 10% or greater ownership interest in Cambria Enterprises, Inc.'s stock.

**DATED: April 30, 2008**

Respectfully submitted,

CAMBRIA ENTERPRISES, INC., CAMBRIA FABSHOP –CHICAGO, INC.


By:  s/Brian P. Roche
          One of Their Attorneys

Thomas J. Piskorski
Brian P. Roche
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5000

**Of Counsel**:
Gregory J. Stenmoe
Steven W. Wilson
Briggs and Morgan, P.A.
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402,
(612) 977-8400

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2008, I electronically filed the foregoing Corporate and Business Identity Disclosure Statement with the Clerk of Court using the CM/ECF system, which will send notification of such filings to the following:

>Michael E. Lavelle
>Lavelle Law Group, LLC
>218 North Jefferson Street, Suite 203
>Chicago, IL  60661

>s/ Brian P. Roche
>Brian P. Roche