IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAM VANDEURSEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08-C 2416 |
| | ) | |
| CAMBRIA ENTERPRISES, INC., a Minnesota corporation, CAMBRIA FABSHOP-CHICAGO, INC., a Minnesota corporation, | ) ) ) | Hon. John W. Darrah Magistrate Judge Keys |
| | ) | (Removed from Circuit Court of Cook County, Illinois, Case No. 08 CH 15281) |
| Defendants. | ) ) | |

**NOTICE OF MOTION**

TO:   Michael E. Lavelle
      Lavelle Law Group, LLC
      218 North Jefferson Street, Suite 203
      Chicago, IL  60661

   PLEASE TAKE NOTICE that on **May 8, 2008** at **9:00 a.m.** Defendants shall appear before the Honorable John W. Darrah in the U.S. District Court for the Northern District of Illinois, Eastern Division, Room 1203, and present **Defendants' Motion to Dismiss Plaintiff's Complaint**, a copy of which was served along with this Notice.

**DATED: May 1, 2008**           Respectfully submitted,

                                 **CAMBRIA ENTERPRISES, INC., and
                                 CAMBRIA FABSHOP-CHICAGO, INC.,**


                                 By  s/Brian P. Roche
                                     One of Their Attorneys

Thomas J. Piskorski
Brian P. Roche
Seyfarth Shaw LLP
131 S. Dearborn Street, Suite 2400
Chicago, IL  60603
(312) 460-5000

CH1 11471600.1

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on May 1, 2008, **Defendants' Motion to Dismiss Plaintiff's Complaint** was electronically filed using the CM/ECF system which will send notification of such filing to all attorneys of record who have registered for e-mail delivery as listed below:

> Michael E. Lavelle
> Lavelle Law Group, LLC
> 218 North Jefferson Street, Suite 203
> Chicago, IL  60661

>                   s/Brian P. Roche
>                   Brian P. Roche

CH1 11471600.1