**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PAM VANDEURSEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08-C 2416 |
| | ) | |
| CAMBRIA ENTERPRISES, INC., a Minnesota corporation, CAMBRIA FABSHOP-CHICAGO, INC., a Minnesota corporation, | ) ) ) | Hon. John W. Darrah  Magistrate Judge Keys |
| | ) | (Removed from Circuit Court of Cook |
| Defendants. | ) ) | County, Illinois, Case No. 08 CH 15281) |

**NOTICE OF MOTION**

TO:   Michael E. Lavelle
      Lavelle Law Group, LLC
      218 North Jefferson Street, Suite 203
      Chicago, IL  60661

PLEASE TAKE NOTICE that on **May 8, 2008** at **9:00 a.m.** Defendants shall appear before the Honorable John W. Darrah in the U.S. District Court for the Northern District of Illinois, Eastern Division, Room 1203, and present **Defendants' Motion to Substitute Exhibit C in Defendants' Notice of Removal** which was filed with this court on April 28, 2008, a copy of which was served along with this Notice.

**DATED: May 2, 2008**               Respectfully submitted,

                                     **CAMBRIA ENTERPRISES, INC., and
                                     CAMBRIA FABSHOP-CHICAGO, INC.,**

                                     By  s/Brian P. Roche
                                         One of Their Attorneys

**Local Counsel**
Thomas J. Piskorski
Brian P. Roche
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5000

Gregory J. Stenmoe
Steven W. Wilson
Briggs and Morgan, P.A.
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402,
(612) 977-8400

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on May 2, 2008, **Defendants' Notice of Motion to Substitute Exhibit C in Defendants' Notice of Removal** was electronically filed using the CM/ECF system which will send notification of such filing to all attorneys of record who have registered for e-mail delivery as listed below:

> Michael E. Lavelle
> Lavelle Law Group, LLC
> 218 North Jefferson Street, Suite 203
> Chicago, IL  60661

s/Brian P. Roche
Brian P. Roche

CH1 11471600.1