THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAM VanDEURSEN, </br></br>  Plaintiff, </br></br> vs. </br></br> CAMBRIA ENTERPRISES INC., a Minnesota Corporation, and CAMBRIA FABSHOP - CHICAGO INC., a Minnesota corporation, </br></br>  Defendants. | ) </br> ) </br> ) </br> ) </br> ) No. 08 CV 2416 </br> ) Judge Darrah </br> ) Mag. Judge Keys </br> ) </br> ) (Removed from Circuit Court of Cook </br> ) County, Illinois, Case No. 08 CH 15281) </br> ) </br> ) |

To:  See attached Service List

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday, May 8, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge John W. Darrah, or any judge sitting in his stead, in Courtroom 1203 of the Dirksen Federal Courthouse, 219 S. Dearborn St., Chicago, Illinois, and shall then and there present Plaintiff's Motion for Remand.

By: _/s/ Michael E. Lavelle_
One of plaintiff's attorneys

## PROOF OF SERVICE

I, the undersigned attorney, do hereby certify that on May 2, 2008, I caused to be served the above Notice of Motion, along with a copy of Plaintiff's Motion for Remand, by sending same U.S. Mail from Chicago, Illinois, postage paid and properly addressed to the attorneys of record for all parties as listed on the attached service list.

By: _/s/ Michael E. Lavelle_
One of plaintiff's attorneys

Lavelle Law Group LLC
Michael E. Lavelle, #1590723
Kevin E. Bry
Adam W. Lasker, #6290010
218 N. Jefferson St., Suite 203
Chicago, IL 60661
(312) 559-0600

## SERVICE LIST

Attorneys for Cambria Enterprises, Inc., and Cambria FabShop - Chicago, Inc.:

Thomas J. Piskorski, Esq.
Brian P. Roche, Esq.
Seyfarth Shaw LLC
131 S. Dearborn St., Suite 2400
Chicago, IL 60603
Tel: (312) 460-5600
Fax: (312) 460-7000