THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAM VanDEURSEN,           ) | |
|           ) | |
| Plaintiff,           ) | |
|           ) | |
| vs.           ) | No. 08 CV 2416 |
|           ) | Judge Darrah |
| CAMBRIA ENTERPRISES INC., a Minnesota           ) | Mag. Judge Keys |
| Corporation, and CAMBRIA FABSHOP -           ) | |
| CHICAGO INC., a Minnesota corporation,           ) | (Removed from Circuit Court of Cook |
|           ) | County, Illinois, Case No. 08 CH 15281) |
|           ) | |
| Defendants.           ) | |

To:   See attached Service List

### EMERGENCY NOTICE OF MOTION TO PRESENT SECOND PETITION FOR T.R.O.

**PLEASE TAKE NOTICE** that on Thursday, May 8, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge John W. Darrah, or any judge sitting in his stead, in Courtroom 1203 of the Dirksen Federal Courthouse, 219 S. Dearborn St., Chicago, Illinois, and shall then and there present Plaintiff's Emergency Motion to Present Second Petition for a Temporary Restraining Order.

By: _____
One of plaintiff's attorneys

### PROOF OF SERVICE

I, the undersigned attorney, do hereby certify that on May 7, 2008, I caused to be served the above Emergency Notice of Motion, along with a copy of Plaintiff's Second Petition for a Temporary Restraining Order and a Memorandum in Support, by sending same via facsimile transmission and/or U.S. Regular Mail from Chicago Illinois, postage paid and properly addressed to the attorneys of record for all parties as listed on the attached service list.

By: _____
One of plaintiff's attorneys

Lavelle Law Group LLC
Michael E. Lavelle, #1590723
Kevin E. Bry
Adam W. Lasker, #6290010
218 N. Jefferson St., Suite 203
Chicago, IL 60661
(312) 559-0600

## SERVICE LIST

Attorneys for Cambria Enterprises, Inc., and Cambria FabShop - Chicago, Inc.:

Thomas J. Piskorski, Esq.
Brian P. Roche, Esq.
Seyfarth Shaw LLC
131 S. Dearborn St., Suite 2400
Chicago, IL 60603
Tel: (312) 460-5600
Fax: (312) 460-7000