THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAM VanDEURSEN, <br><br> Plaintiff, <br><br> vs. <br><br> CAMBRIA ENTERPRISES INC., a Minnesota Corporation, and CAMBRIA FABSHOP - CHICAGO INC., a Minnesota corporation, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 08 CV 2416 <br> ) Judge Darrah <br> ) Mag. Judge Keys <br> ) <br> ) (Removed from Circuit Court of Cook <br> ) County, Illinois, Case No. 08 CH 15281) <br> ) <br> ) |

To:   See attached Service List

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on Wednesday, May 7, 2008, I caused to be filed Plaintiff's Memorandum In Support of Motion for Remand.

By: s/ Michael E. Lavelle
One of plaintiff's attorneys

## PROOF OF SERVICE

I, the undersigned attorney, do hereby certify that on May 7, 2008, I caused to be served the above Notice of Filing, along with a copy of Plaintiff's Memorandum In Support of Motion for Remand, by sending same via facsimile transmission and/or U.S. Regular Mail from Chicago Illinois, postage paid and properly addressed to the attorneys of record for all parties as listed on the attached service list.

By: s/ Michael E. Lavelle
One of plaintiff's attorneys

Lavelle Law Group LLC
Michael E. Lavelle, #1590723
Kevin E. Bry
Adam W. Lasker, #6290010
218 N. Jefferson St., Suite 203
Chicago, IL 60661
(312) 559-0600

## SERVICE LIST

Attorneys for Cambria Enterprises, Inc., and Cambria FabShop - Chicago, Inc.:

Thomas J. Piskorski, Esq.
Brian P. Roche, Esq.
Seyfarth Shaw LLC
131 S. Dearborn St., Suite 2400
Chicago, IL 60603
Tel: (312) 460-5600
Fax: (312) 460-7000