# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2416 | **DATE** | 5/8/2008 |
| **CASE TITLE** | Vandeursen vs. Cambria Enterprises | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to remand is withdrawn [17]. Plaintiff's second petition for a temporary restraining order is denied. Defendant's motion to substitute exhibit C in defendants' notice of removal is granted [15]. Defendants' motion to dismiss [6] is entered and briefed as follows: response by 5/15/08, reply by 5/29/08. Status hearing set for 7/9/08 at 9:00 a.m.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|