THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAM VanDEURSEN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CAMBRIA ENTERPRISES INC., a Minnesota Corporation, and **CAMBRIA FABSHOP - CHICAGO INC.**, a Minnesota corporation,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>) No. 08 CV 2416<br>) Judge Darrah<br>) Mag. Judge Keys<br>)<br>) (Removed from Circuit Court of Cook<br>) County, Illinois, Case No. 08CH 15281)<br>) |

### NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, plaintiff Pamela VanDeursen hereby voluntarily dismisses this action without prejudice. As required by Rule 41, this notice of dismissal was filed before the opposing parties served either an answer or a motion for summary judgment.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　PAMELA VanDEURSEN

　　　　　　　　　　　　　　　　　　　　By: _/s/_____
　　　　　　　　　　　　　　　　　　　　　　One of her attorneys

LAVELLE LAW GROUP LLC
Michael E. Lavelle, #1590723
Kevin E. Bry
Adam W. Lasker, #6290010
218 N. Jefferson St., Suite 203
Chicago, IL 60661
(312) 559-0600