THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAM VanDEURSEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 CV 2416 |
| ) | Judge Darrah |
| CAMBRIA ENTERPRISES INC., a Minnesota ) | Mag. Judge Keys |
| Corporation, and CAMBRIA FABSHOP - ) | |
| CHICAGO INC., a Minnesota corporation, ) | (Removed from Circuit Court of Cook |
| ) | County, Illinois, Case No. 08 CH 15281) |
| ) | |
| Defendants. ) | |

To:   See attached Service List

### NOTICE OF FILING

**PLEASE TAKE NOTICE** that on Thursday, May 22, 2008, the undersigned caused to be filed with the clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, the plaintiff's Notice of Voluntary Dismissal, a true and accurate copy of which is attached hereto and thereby served upon you.

By: _____
One of plaintiff's attorneys

### PROOF OF SERVICE

I, the undersigned attorney, do hereby certify that on May 22, 2008, I caused to be served the above Notice of Filing, along with a copy of Plaintiff's Notice of Voluntary Dismissal, by sending same by U.S. Mail from Chicago, Illinois, postage paid and properly addressed to the attorneys of record for all parties as listed on the attached service list.

By: _____
One of plaintiff's attorneys

Lavelle Law Group LLC
Michael E. Lavelle, #1590723
Kevin E. Bry
Adam W. Lasker, #6290010
218 N. Jefferson St., Suite 203
Chicago, IL 60661
(312) 559-0600

## SERVICE LIST

Attorneys for Cambria Enterprises, Inc., and Cambria FabShop - Chicago, Inc.:

Thomas J. Piskorski, Esq.
Brian P. Roche, Esq.
Seyfarth Shaw LLC
131 S. Dearborn St., Suite 2400
Chicago, IL 60603
Tel: (312) 460-5600
Fax: (312) 460-7000